IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ELIZABETH VEGA,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on the Government's Motion for Sentence Reduction Pursuant to Fed. R. Crim. P. 35(b) [Docket No. 1025]. The Court will defer ruling on this motion until the Tenth Circuit issues an opinion in *United States v. Baker*, No. 13-1042.

    DATED August 14, 2013.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge